IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JENNIFER LAVETTE BRYANT,

   Plaintiff,

v.

CEO-STANFORD L. KURLAND and
PENNYMAC LOAN SERVICES, LLC,

   Defendants.

CIVIL ACTION NO.
1:15-CV-3507-TWT-LTW

## MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION

Currently before the Court is Defendants Stanford L. Kurland and PennyMac Loan Services, LLC's ("Defendants") Motion to Dismiss and this Court's Show Cause Order, dated April 22, 2016. (Docs. 4, 8). Plaintiff filed the instant action on September 2, 2015, in the Superior Court of DeKalb County and it was removed to this Court on October 2, 2015. (Doc. 1). On April 22, 2016, this Court observed that Plaintiff had not responded to Defendants' Motion to Dismiss, filed October 21, 2015, and had not undertaken any substantial proceedings since the inception of her lawsuit. (Doc. 8). As a result, this Court Ordered Plaintiff to show cause in writing within fourteen (14) days why her case should not be dismissed for her failure to prosecute her lawsuit. Plaintiff was warned at that time that this Court would interpret her failure to respond to the Show Cause Order as her indication that she was not interested in pursuing her lawsuit and would result in this Court's recommendation that her case be dismissed for want of

AO 72A
(Rev.8/82)

prosecution pursuant to Local Rules 41.3A(3). Nevertheless, to date Plaintiff has not respond to this Court's Show Cause Order or Defendants' Motion to Dismiss. Accordingly, this Court **RECOMMENDS** that Plaintiff's lawsuit be **DISMISSED** for want of prosecution pursuant to Local Rules 41.3A(2) and 41.3A(3). Because this Court has already recommended dismissal of this case, Defendants' Motion to Dismiss should be **DEEMED MOOT**. (Doc. 4). As this is a final Report and Recommendation and there are no other matters pending before this Court, the Clerk is directed to terminate the reference to the undersigned.

**IT IS SO REPORTED AND RECOMMENDED**, this 13 day of May, 2016.

_____
LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)