IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JENNIFER LAVETTE BRYANT,

  Plaintiff,

   v.

CEO STANFORD L. KURLAND, et al.,

  Defendants.

CIVIL ACTION FILE
NO. 1:15-CV-3507-TWT

**ORDER**

This is a pro se foreclosure action. It is before the Court on the Report and Recommendation [Doc. 9] of the Magistrate Judge recommending dismissing the action for want of prosecution. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 9 day of June, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\15\Bryant\15cv3507\r&r.wpd